**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KEITH WARMBEIN, : No. 46 WM 2019
:
Petitioner :
:
:
:
v. :
:
:
:
COURT OF COMMON PLEAS OF :
ALLEGHENY COUNTY, :
:
Respondent :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2019, the Application for Leave to File

Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.